UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANA E. CALDERON , <br><br>                          Plaintiff, <br><br>-against- <br><br>FIRE DEPARTMENT OF THE CITY OF NEW YORK, <br><br>                          Defendant. | 22-CV-8078 (LTS) <br><br>CIVIL JUDGMENT |

For the reasons stated in the November 3, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  November 3, 2022
           New York, New York

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                Chief United States District Judge